TM
F.#2005R02143

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JEFFREY FISHMAN,

        Defendant.

- - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   JUL 17 2008   ★

BROOKLYN OFFICE

NOTICE OF MOTION

CR 08    485
COGAN, J.

MANN, M.J.

        PLEASE TAKE NOTICE that the undersigned will move this
Court, before a judge to be assigned, for leave to file an
information upon the defendant's waiver of indictment pursuant to
Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     Brooklyn, New York
           July 17, 2008

                                BENTON J. CAMPBELL
                                United States Attorney
                                Eastern District of New York

          By:                                            
                                Taryn A. Merkl
                                Assistant U.S. Attorney

cc:   Steven R. Peikin, Esq.

      Clerk of the Court